# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00093-CV

In re Elizabeth A. Wong

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Elizabeth A. Wong's petition for writ of mandamus is denied, and Real Party in Interest Caliburn Capital I, LLC's motion to consolidate is dismissed. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Filed: March 8, 2013